**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-11328

DICH G. HOANG,

Plaintiff-Appellant,

VERSUS

CHRIS HOSTRUP, ET AL.,

Defendants,

CHRIS HOSTRUP; K. W. MURPHY,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Texas
No. 3:01-CV-217-H

December 17, 2002

Before DAVIS, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties and argument of counsel, we agree with the district court that the defendant police officers are entitled to qualified

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

immunity.

AFFIRMED.